DENNIS J. HERRERA, State Bar #139669
City Attorney
JOANNE HOEPER, State Bar #114961
Chief Trial Deputy
LEILA K. MONGAN, State Bar #271287
Deputy City Attorney
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
Telephone:    (415) 554-3915
Facsimile:    (415) 554-3837
E-Mail:       leila.mongan@sfgov.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO
AND OFFICER DAMIEN REYES

PANOS LAGOS, ESQ., State Bar #61821
The Law Offices of Panos Lagos
5032 Woodminster Lane
Oakland, CA 94602
Telephone:    (510) 530-4078
Facsimile:    (510) 530-4725
E-Mail:       panoslagos@aol.com

Attorney for Plaintiff
ERIK RUSSELL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIK RUSSELL,<br><br>    Plaintiff,<br><br>    vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, *et al.*,<br><br>    Defendants. | Case No. CV-12-00929 JCS<br><br>**JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER RE SAME** |

Plaintiff Erik Russell and Defendants Officer Damien Reyes and the City and County of San Francisco, by and through their attorneys of record, as set forth below, hereby stipulate and agree and jointly request to continue the case management conference presently scheduled for June 15, 2012 at 1:30 p.m. until July 6, 2012, at 1:30 p.m.  The primary reason for the continuance is that defense

1  counsel had a deposition scheduled for June 15, 2012 before it became aware that the case
2  management conference had been scheduled for the same date.

3   **IT IS SO STIPULATED.**

4

5  Dated: June 5, 2012            DENNIS J. HERRERA, City Attorney
                                  JOANNE HOEPER, Chief Trial Deputy
6                                 LEILA K. MONGAN, Deputy City Attorney

7

8
                                  By:         //s//
9                                 LEILA K. MONGAN
                                  Attorneys for Defendants
10                                CITY AND COUNTY OF SAN FRANCISCO
                                  AND OFFICER DAMIEN REYES
11

12  Dated: June 5, 2012            The Law Offices of Panos Lagos
13

14
                                  By:         //s//
15                                PANOS LAGOS, ESQ.
                                  Attorney for Plaintiff ERIK RUSSELL
16

17

18

19                                   **ORDER**

20    Based on the above stipulation, and for good cause appearing, IT IS ORDERED as follows:
                                                  June 15, 2012 at 1:30 p.m.
21    The Case Management Conference scheduled for ~~July 23, 2012 at 2:00 p.m.~~ is vacated and
                 July 20, 2012 at 1:30 pm.
22  continued to ~~July 6, 2012 at 1:30 p.m.~~

23    **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

24

25  Dated:  June 5 , 2012

26                                 _____
                                   THE HONORABLE JOSEPH C. SPERO
27                                 UNITED STATES DISTRICT COURT

28

*[Stamp: IT IS SO ORDERED AS MODIFIED — Judge Joseph C. Spero — United States District Court, Northern District of California]*

Stipulation & [Proposed] Order Continuing CMC          2              n:\lit\li2012\120952\00777965.doc
Russell v. CCSF, et al.; USDC No. CV-12-929 JCS