DENNIS J. HERRERA, State Bar #139669
City Attorney
JOANNE HOEPER, State Bar #114961
Chief Trial Deputy
LEILA K. MONGAN, State Bar #271287
Deputy City Attorney
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
Telephone: (415) 554-3915
Facsimile: (415) 554-3837
E-Mail: leila.mongan@sfgov.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO
AND OFFICER DAMIEN REYES

PANOS LAGOS, ESQ., State Bar #61821
The Law Offices of Panos Lagos
5032 Woodminster Lane
Oakland, CA 94602
Telephone: (510) 530-4078
Facsimile: (510) 530-4725
E-Mail: panoslagos@aol.com

Attorney for Plaintiff
ERIK RUSSELL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIK RUSSELL,<br><br>    Plaintiff,<br><br>    vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, *et al.*,<br><br>    Defendants. | Case No. CV-12-00929 JCS<br><br>**JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER RE SAME** |

Plaintiff Erik Russell and Defendants Officer Damien Reyes and the City and County of San Francisco, by and through their attorneys of record, as set forth below, hereby stipulate and agree and jointly request to continue the case management conference presently scheduled for July 20, 2012 at 1:30 p.m. until September 7, 2012, at 1:30 p.m.

The primary reason for the continuance is that defense counsel will be in trial on July 20, 2012.[1]

**IT IS SO STIPULATED.**

Dated: July 9, 2012

DENNIS J. HERRERA, City Attorney
JOANNE HOEPER, Chief Trial Deputy
LEILA K. MONGAN, Deputy City Attorney


By: _____//s//_____
LEILA K. MONGAN
Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO
AND OFFICER DAMIEN REYES


Dated: July 9, 2012

The Law Offices of Panos Lagos


By: _____//s//_____
PANOS LAGOS, ESQ.
Attorney for Plaintiff ERIK RUSSELL

**ORDER**

Based on the above stipulation, and for good cause appearing, IT IS ORDERED as follows:

The Case Management Conference scheduled for July 20, 2012 at 1:30 p.m. is vacated and continued to September 7, 2012 at 1:30 p.m.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: July 10 , 2012

_____
THE HONORABLE
UNITED STATES DISTRICT COURT

---

[1] The parties previously requested a continuance of the June 15, 2012 case management conference because defense counsel was scheduled to take a deposition on that day. Docket No. 17. The parties requested that the case management conference be reset for July 6, 2012. *Id.* The Court granted the request but continued the case management conference until July 20, 2012. Docket No. 18.