DENNIS J. HERRERA, State Bar #139669
City Attorney
JOANNE HOEPER, State Bar #114961
Chief Trial Deputy
LEILA K. MONGAN, State Bar #271287
Deputy City Attorney
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-3915
Facsimile:     (415) 554-3837
E-Mail:        leila.mongan@sfgov.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO
AND OFFICER DAMIEN REYES

PANOS LAGOS, ESQ., State Bar #61821
The Law Offices of Panos Lagos
5032 Woodminster Lane
Oakland, CA 94602
Telephone:     (510) 530-4078
Facsimile:     (510) 530-4725
E-Mail:        panoslagos@aol.com

Attorney for Plaintiff
ERIK RUSSELL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIK RUSSELL,<br><br>    Plaintiff,<br><br>    vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, *et al.*,<br><br>    Defendants. | Case No. CV-12-00929 JCS<br><br>**JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER RE SAME** |

   Plaintiff Erik Russell and Defendants Officer Damien Reyes and the City and County of San Francisco, by and through their attorneys of record, as set forth below, hereby stipulate and agree and jointly request to continue the case management conference presently scheduled for July 20, 2012 at 1:30 p.m. until September 7, 2012, at 1:30 p.m.

1  The primary reason for the continuance is that defense counsel will be in trial on July 20, 2012.[1]

**IT IS SO STIPULATED.**

Dated: July 9, 2012                         DENNIS J. HERRERA, City Attorney
                                            JOANNE HOEPER, Chief Trial Deputy
                                            LEILA K. MONGAN, Deputy City Attorney


                                            By:         //s//
                                            LEILA K. MONGAN
                                            Attorneys for Defendants
                                            CITY AND COUNTY OF SAN FRANCISCO
                                            AND OFFICER DAMIEN REYES


Dated: July 9, 2012                         The Law Offices of Panos Lagos



                                            By:         //s//
                                            PANOS LAGOS, ESQ.
                                            Attorney for Plaintiff ERIK RUSSELL


**ORDER**

Based on the above stipulation, and for good cause appearing, IT IS ORDERED as follows:

The Case Management Conference scheduled for July 20, 2012 at 1:30 p.m. is vacated and continued to September 7, 2012 at 1:30 p.m.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: July 10 , 2012

                                            _____
                                            THE HONORABLE
                                            UNITED STATES DISTRICT COURT

*[Seal: United States District Court, Northern District of California — Judge Joseph C. Spero]*

---

[1] The parties previously requested a continuance of the June 15, 2012 case management conference because defense counsel was scheduled to take a deposition on that day. Docket No. 17. The parties requested that the case management conference be reset for July 6, 2012. *Id*. The Court granted the request but continued the case management conference until July 20, 2012. Docket No. 18.