UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIK RUSSELL,<br><br>　　　　Plaintiff<br><br>　　v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al. ,<br><br>　　　　Defendants | Case No.:3:12-cv-00929-JCS<br><br>**ORDER GRANTING MOTION TO COMPEL DEPOSITION OF SGT. MORALES AND PMK**<br><br>Re: Dkt. No.: 38. |

On February 1, 2013, the parties filed a Joint Discovery Letter to Take the Deposition of Sgt. Morales and the San Francisco Police Department's Person Most Knowledgeable (PMK)

Good cause appearing, IT IS HEREBY ORDERED that the Motion to Compel is GRANTED.  Plaintiff may take the deposition of Sgt. Morales and of the San Francisco Police Department's Person Most Knowledgeable (PMK) on February 13, 2013, for no more than two (2) hours each.

IT IS SO ORDERED.

Dated: February 5, 2013

_____
Joseph C. Spero
United States Magistrate Judge