CITY AND COUNTY OF SAN FRANCISCO                    OFFICE OF THE CITY ATTORNEY



DENNIS J. HERRERA                                    MICHAEL GERCHOW
City Attorney                                        Deputy City Attorney

Direct Dial:   (415) 554-3936
Email:         michael.gerchow@sfgov.org

June 28, 2013

Magistrate Judge Joseph C. Spero
United States District Court
450 Golden Gate Avenue
Courtroom G - 15th Floor
San Francisco, CA 94102

Re:   *Russell v. City and County of San Francisco, et al.*, USDC No. 12-CV-929

Dear Judge Spero:

The parties to this matter are pleased to report that the case has settled, conditioned on review or approval by all applicable boards, commissions, or offices of the City and County of San Francisco. The City and County of San Francisco anticipates that this settlement will take anywhere from three to six months to be addressed by the Police Commission, the Rules Committee, the Board of Supervisors, and the Mayor. The duration of this process depends on a variety of factors including the volume of tasks facing each body and calendaring issues such as summer recess.

The parties hereby agree that the case may be conditionally dismissed pending completion of the City's approval process. The parties will inform the Court of the status of the settlement once it is either approved or denied under the City's settlement approval process. The parties are happy to appear for status conferences should the Court so request.

Respectfully Submitted,

DENNIS J. HERRERA
City Attorney

*/s/ Michael Gerchow*

Michael Gerchow
Deputy City Attorney
Attorneys for Defendants
City and County of San Francisco, et al.


*/s/ Panos Lagos*

Panos Lagos
Attorney for Plaintiff
Erik Russell

FOX PLAZA · 1390 MARKET STREET, FLOOR 7 · SAN FRANCISCO, CALIFORNIA 94102-5408
RECEPTION: (415) 554-3800 · FACSIMILE: (415) 554-3837

n:\lit\li2012\120952\00857006.doc